# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL EVANS MCNEAL,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 84660

FILED

MAY 1 3 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a "motion for assistance of counsel," a "motion to resolve," and a "motion to transport." Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Because no statute or court rule permits an appeal from this order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:   Hon. Michael Villani, District Judge
      Michael Evans McNeal
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

Supreme Court
of
Nevada

(O) 1947A

22-15278